■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY JONES, Appellant. [780 NYS2d 920]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 3, 2002 (*People v Jones*, 295 AD2d 369 [2002]), affirming a judgment of the Supreme Court, Kings County, rendered May 31, 2000, and an amended sentence of the same court imposed March 8, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Ritter, J.P., Smith, Luciano and Crane, JJ., concur.